UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN STOWERS,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMA AMBATI, et al.,<br><br>    Defendants. | Case No. 15-cv-01989-EDL<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Plaintiff Allen Stowers filed his complaint and Application to Proceed In Forma Pauperis ("IFP Application") on May 1, 2015. On May 5, this Court GRANTED Plaintiff's IFP Application but reserved its determination of compliance with 28 U.S.C. § 1915(e)(2)(B). On May 20, 2015, Plaintiff consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). For the reasons set forth below, Plaintiff's complaint is dismissed with leave to amend.

Under 28 U.S.C. § 1915(a), "[a]ny court of the United States may authorize the commencement . . . of any suit . . . without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." The court may dismiss a case sua sponte if the court determines that the party applying for in forma pauperis status has filed a frivolous action or that the action fails to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2); Jackson v. Arizona, 885 F.2d 639, 640 (9th Cir. 1989); see also Franklin v. Murphy, 745 F.2d 1221, 1227 (9th Cir. 1984) ("courts may dismiss frivolous actions filed in forma pauperis"). Dismissal on these grounds is often made sua sponte prior to

the issuance of process, so as to spare prospective defendants the inconvenience and expense of answering such complaints. <u>Neitzke v. Williams</u>, 490 U.S. 319, 324 (1989). Moreover, a Court is obligated "to consider issues related to federal subject matter jurisdiction and may do so sua sponte." <u>OWB, REO, LLC v. Negrete</u>, 2011 WL 1667916, at *1 (N.D. Cal. May 3, 2011) (Armstrong, J.) (citing <u>Steel Co. v. Citizens for a Better Env't</u>, 523 U.S. 83, 93-94 (1998)). Plaintiff's complaint is largely unintelligible, though it appears to be directed to individuals who purchased his home after its foreclosure by Wells Fargo at some unknown time in the past. While Plaintiff's complaint lists number of claims including collusion, fraud, possession of stolen property, unfair business practices, racketeering, racism, reverse discrimination, breach of duty and reverse redlining, the legal and factual bases for the claims and the defendant(s) against which each claim is asserted are unclear. In sum, Plaintiff's complaint fails to include a "short and plain statement of the claim showing that the pleader is entitled to relief" as required by Federal Rule of Civil Procedure 8(a)(2). Therefore, Plaintiff's complaint is dismissed.

Plaintiff is granted leave to file an amended complaint. Any amended complaint must be filed within 30 days of the date of this Order, and should clearly state Plaintiff's factual allegations and make it plain which allegations and claims relate to which defendants.

The Court notes that Plaintiff has filed several other complaints in this district that appear to relate to the same or similar subject matter, all of which have been dismissed at the pleading stage. See <u>Stowers v. Wells Fargo Bank</u>, et al., 10-1119-SI; <u>Stowers v. Wells Fargo Bank, et al</u>., 12-3871-CRB; <u>Stowers v. Wells Fargo Bank, N.A., et al</u>., 13-5426-RS. Plaintiff is cautioned that continuing to file meritless lawsuits could have negative consequences, including but not limited to being deemed a vexatious litigant by the Court.

Plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling (415) 782-8982 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796. At the Legal Help Center, Plaintiffs may speak with an attorney who may be able to provide basic legal help, but not legal representation. The Court also urges Plaintiffs to obtain a copy of the Pro Se Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 16th Floor, 450 Golden

1   Gate Avenue, San Francisco, CA.

2   **IT IS SO ORDERED.**

3   Dated:  May 26, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge