UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN STOWERS,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMA AMBATI, et al.,<br><br>    Defendants. | Case No. 15-cv-01989-EDL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND CASE CLOSURE** |

On May 26, 2015, this Court issued an Order dismissing Plaintiff's complaint without prejudice, and allowing Plaintiff until June 25, 2015 to file an amended complaint. Plaintiff did not timely file an amended complaint, and has not taken any other action in this case since that time. Plaintiff's complaint is hereby dismissed with prejudice and the Clerk is Ordered to close the file.

**IT IS SO ORDERED.**

Dated: January 12, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN STOWERS,<br>          Plaintiff,<br>    v.<br>RAMA AMBATI, et al.,<br>          Defendants. | Case No.  15-cv-01989-EDL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2016, I SERVED a true and correct copy(ies) of the attached order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Allen Stowers
420 Vista Grande Street
Daly City, CA 94014

Dated: January 12, 2016

                              Susan Y. Soong
                              Clerk, United States District Court

By: _____
Stephen Ybarra, Deputy Clerk to the
Honorable ELIZABETH D. LAPORTE

2